# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALYSSA MASCORRO

VERSUS

PETER SCHULZ, GEICO
INSURANCE COMPANY, CULLEN
WALSH, AND USAA INSURANCE
COMPANY

NO.  2020 CW 0051

MAR 1 3 2020

---

In Re:    Cullen  Walsh  and  USAA  Casualty  Insurance  Company,
          applying  for  supervisory  writs,  22nd  Judicial  District
          Court,  Parish  of  St.  Tammany,  No.  2014-12140.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**WRC**

    **Theriot, J.**, dissents and would grant the writ finding that
the plaintiff, Alyssa Mascorro, failed to meet her burden of
proving, by a preponderance of the evidence, that David
Barczyk's testimony was based on sufficient facts and data, that
the testimony was the product of reliable principles and
methods, and that he reliably applied the principles and methods
to the facts of this case.  See La. Code Evid. art. 702 and
**Chatelain v. Akin**, No. 15-5747, 2018 WL 3063118, *3-5 (E.D. La.
2/26/18).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT